IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| THE BRANSON LABEL, INC., | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| v. | ) Cause No. 14-3220 |
| | ) |
| THE CITY OF BRANSON, MISSOURI, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

COMES NOW Defendant The City of Branson, Missouri, by and through its counsel, and moves this Court for additional time, up to and including July 9, 2014, in which to answer or otherwise respond to Plaintiff's Complaint. Plaintiff's counsel has consented to this Motion.

Respectfully submitted,

/s/ William L. Sauerwein
William L. Sauerwein, # 37523MO
John H. Hein, #53182MO
147 N. Meramec Avenue
St. Louis, Missouri 63144
Telephone: (314) 863-9100
Facsimile: (314) 863-9101
Email: wls@sauerwein.com
       jjh@sauerwein.com
*Attorneys for Defendant The City of Branson, Missouri*

1

## Certificate of Service

The undersigned hereby certifies that on June 5, 2014, the foregoing was filed with the Clerk of the Court using the CM/ECF filing system which sends notification of such filing to the following:

Randy P. Scheer
S. Jacob Sappington
Sanders, Warren & Russell LLP
901 E. St. Louis Street, Suite 1800
Springfield, Missouri 65806
**Attorneys for Plaintiff**

Paul T. Fox
Gregory E. Ostfield
Paul A. Del Aguila
Brett M. Doran
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
**Attorneys for Plaintiff**

/s/ William L. Sauerwein