IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE BRANSON LABEL, INC., | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | Cause No. 14-03220-CV-S-GAF |
| | ) | |
| THE CITY OF BRANSON, MISSOURI, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

The court has considered Defendant The City of Branson, Missouri's Motion for Extension of Time to File Responsive Pleading and said Motion is granted. Defendant The City of Branson, Missouri has up to and including July 9, 2014 in which to answer or otherwise respond to Plaintiff's Complaint.


/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: June 5, 2014