IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| THE BRANSON LABEL, INC., | ) |
| Plaintiff. | ) ) ) ) |
| v. | ) Cause No. 14-3220 |
| THE CITY OF BRANSON, MISSOURI, et al., | ) ) ) ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

COMES NOW John Hein of the law firm of Sauerwein Simon & Hein P.C., and hereby enters his appearance for Defendant The City of Branson, Missouri in the above-captioned cause.

Respectfully submitted,

/s/ John Hein
William L. Sauerwein, # 37523MO
John H. Hein, #53182MO
147 N. Meramec Avenue
St. Louis, Missouri  63144
Telephone:     (314) 863-9100
Facsimile:     (314) 863-9101
Email: wls@sauerwein.com
          jjh@sauerwein.com
***Attorneys for Defendant The City of Branson, Missouri***

## Certificate of Service

The undersigned hereby certifies that on June 5, 2014, the foregoing was filed with the Clerk of the Court using the CM/ECF filing system which sends notification of such filing to the following:

| | |
|---|---|
| Randy P. Scheer<br>S. Jacob Sappington<br>Sanders, Warren & Russell LLP<br>901 E. St. Louis Street, Suite 1800<br>Springfield, Missouri 65806<br>**Attorneys for Plaintiff** | Paul T. Fox<br>Gregory E. Ostfield<br>Paul A. Del Aguila<br>Brett M. Doran<br>Greenberg Traurig, LLP<br>77 West Wacker Drive, Suite 2500<br>Chicago, Illinois 60601<br>**Attorneys for Plaintiff** |

      /s/ John Hein