IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE BRANSON LABEL, INC., a Florida Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 6:14-cv-03220-BCW |
| v. | ) ) | |
| THE CITY OF BRANSON, MISSOURI, et al., | ) ) ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

COMES NOW, Summers Compton Wells LLC and Daniel J. Welsh and hereby enter their appearance on behalf of Defendants, HCW Development Company, LLC, HCW Private Development, LLC and HCW North, LLC

      SUMMERS COMPTON WELLS LLC

       /s/ Daniel J. Welsh
      DANIEL J. WELSH #49765MO
      8909 Ladue Road
      St. Louis, MO  63124
      (314) 991-4999 (Telephone)
      (314) 991-2413 (Facsimile)
      dwelsh@summerscomptonwells.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically filed Notices of Electronic Filing.

       /s/ Daniel J. Welsh