IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE BRANSON LABEL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 14-03220-CV-S-GAF |
| | ) | |
| CITY OF BRANSON, MISSOURI, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL ACTION

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X    **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that the Motions to Dismiss for Lack of Subject Matter Jurisdiction filed by Defendant HCW Development Company, LLC, HCW Private Development, LLC, and HCW North, LLC; by Defendant Empire District Electric Co.; and by Defendant City of Branson, Missouri (Docs. ## 21, 23, 30) are GRANTED.

Plaintiff's claims against Defendants are DISMISSED.


 July 30, 2014                                     Ann Thompson
Dated                                              Clerk of Court

 July 30, 2014                                     /s/ Terri Moore
Entered                                            (by) Deputy Clerk